IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY,<br><br>    Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>    Respondent. | 8:19CV153<br><br>MEMORANDUM<br>AND ORDER |

  This matter is before the court on Petitioner's "Objection to Respondent's Motion to Extend Deadline," which has been docketed as a motion. (Filing No. 7.) On December 5, 2019, the court granted Respondent's motion for an extension of time to file a motion for summary judgment or state court records in support of an answer and extended the deadline to January 8, 2020. (Filing No. 5; Text Order, Docket Entry No. 6.) Accordingly,

  IT IS ORDERED that: Petitioner's Objection (filing no. 7), construed as a motion, is denied.

  Dated this 13th day of December, 2019.

                BY THE COURT:

                s/ *Richard G. Kopf*
                Senior United States District Judge