# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY,<br><br>              Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>              Respondent. | **8:19CV153**<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Respondent's Motion for Permission to Restrict. (Filing No. 10.) Respondent asks this court to enter an order pursuant to NECivR 5.3(c)(1) restricting Nos. 8-13 of Respondent's Designation of State Court Records in support of Answer because the records are confidential. Upon consideration,

IT IS ORDERED that Respondent's Motion for Permission to Restrict (filing no. 10) is granted.

Dated this 9th day of January, 2020.

                                                        BY THE COURT:

                                                        Richard G. Kopf<br>
                                                        Senior United States District Judge