# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY,<br><br>        Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>        Respondent. | **8:19CV153**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Respondent's Motion for Leave to Supplement Designation of State Court Records and Motion to Extend Deadline to File Answer. (Filing No. 15.) Upon consideration,

IT IS ORDERED that:

1. Respondent's motion (filing no. 15) is granted.

2. Respondent shall file the four documents identified in his motion as a supplement to the Designation of State Court Records (filing nos. 9 & 11) within 7 days of the date of this order.

3. Respondent shall have until February 28, 2020 to file and serve and answer and supporting brief.

4. The clerk of the court is directed to set the following pro se case management deadline using the following text: **February 28, 2020**: check for Respondent's answer and brief.

Dated this 7th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge