IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY,<br><br>        Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>        Respondent. | 8:19CV153<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Respondent's Motion for Permission to Seal Supplemental Designation of State Court Records. (Filing No. 17.) Respondent asks this court to enter an order pursuant to NECivR 7.5(a)(i) permitting Respondent to file the Supplemental Designation of State Court Records under seal because such records consist of confidential documents. Upon consideration,

IT IS ORDERED that Respondent's Motion for Permission to Seal Supplemental Designation of State Court Records (filing no. 17) is granted.

Dated this 10th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge