# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY, | |
| Petitioner, | 8:19CV153 |
| vs. | |
| TOM BARR, | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter is before the court on Respondent's Motion to Strike and Motion for Leave to Supplement Designation of State Court Records. (Filing No. 21.) Respondent asks the court to strike Filing No. 18-1 as it is an incomplete copy of the Petitioner's Petition for Further Review and seeks leave to supplement the designation of state court records with a complete copy. Upon consideration,

IT IS ORDERED that:

1. Respondent's motion (filing no. 21) is granted. Filing No. 18-1 is stricken from the record in this case.

2. Respondent shall file a complete copy of Petitioner's Petition for Further Review as a supplement to the Designation of State Court Records (filing nos. 9, 11, & 18) by February 28, 2020, which is also the due date for Respondent's answer and supporting brief.

Dated this 27th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge