IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY,<br><br>                Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>                Respondent. | 8:19CV153<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Respondent's Motion for Permission to Seal Second Supplemental Designation of State Court Records (filing no. 23) and Motion to Extend Deadline to File Answer and Brief in Support of Answer (filing no. 25). Upon consideration,

      IT IS ORDERED that:

      1. Respondent's Motion for Permission to Seal Second Supplemental Designation of State Court Records (filing no. 23) is granted.

      2. Respondent's Motion to Extend Deadline (filing no. 25) is granted. Respondent shall have until **March 2, 2020** to file an Answer and Brief in Support of Answer.

      3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **March 2, 2020**: check for Respondent's answer and brief.

Dated this 28th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge