IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY, <br><br> Petitioner, <br><br> vs. <br><br> TOM BARR, <br><br> Respondent. | 8:19CV153 <br><br> **ORDER** |

IT IS ORDERED that:

1. Respondent's Motion to Exceed Word Limits (filing no. 27) is granted.

2. Respondent's Motion to Restrict (filing no. 28) is granted. Respondent's Answer (filing no. 29) and Brief in Support of Answer (filing no. 30) shall be filed under restricted access.

3. The clerk's office is directed to update the court's records to reflect that Ashley Sacriste is the proper respondent in this action and to remove Tom Barr as the respondent. (*See* Filing No. 14; Filing No. 29 at CM/ECF p. 1, n.1.)

4. Petitioner is advised that his brief in response to Respondent's Answer and Brief in Support is due on April 1, 2020.

Dated this 5th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge