IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY, | |
| Petitioner, | 8:19CV153 |
| vs. | ORDER |
| ASHLEY SACRISTE, | |
| Respondent. | |

This matter is before me on Petitioner's Motion to Amend Response. ([Filing No. 33](#).) Petitioner asks to amend his Response to Respondent's Answer ([filing no. 32](#)) which was filed on March 30, 2020, due to some "typographical errors of a substantive nature that require correction." ([Filing No. 33](#).) Upon consideration,

IT IS THEREFORE ORDERED that: Petitioner's Motion to Amend Response ([filing no. 33](#)) is granted, and the court will consider the corrected pages of Petitioner's Response submitted with his motion in place of the original pages.

Dated this 2nd day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge