IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY,<br><br>    Petitioner,<br><br>vs.<br><br>ASHLEY SACRISTE,<br><br>    Respondent. | 8:19CV153<br><br>MEMORANDUM AND ORDER |

On December 4, 2020, the court entered a Memorandum and Order denying Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing 44) and directed Petitioner to pay the $505.00 appellate filing fee within 30 days. To date, Petitioner has not paid the appellate filing fee or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. Petitioner is not permitted to proceed in forma pauperis on appeal.

2. The clerk of the court is directed to process Petitioner's appeal to the Eighth Circuit Court of Appeals in accordance with their standard procedures.

Dated this 12th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge